# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Zondra C. Wroten, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00335-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2016 Order.

August 31, 2016

_____
Frank G. Johns, Clerk
United States District Court